In The United States District
Court for the Middle District
of Florida – Fort Myers Division

Case No. 2:14-cv-127-SPC-CM

Dorene McShea,
Plaintiff,

vs.

The School Board of Collier County, et al,
Defendants.
_____/

## MEDIATOR'S REPORT

In accordance with the Court's order requiring that this matter be mediated, a mediation conference was held on September 10, 2015, and the results of that conference are indicated below:

__X__    Subject to approval by The School Board of Collier County, the parties reached an agreement.

_____    The mediation was continued and will be rescheduled.

_____    No agreement was reached.

Done this 11th day of September, 2015, in Fort Myers, Florida.

Nulman Mediation Services, Inc.
15880 Summerlin Rd.
Ste. 300 – PMB 146
Fort Myers, FL 33908
239.433.3539
239.433.0067 (fax)
jim@nulmanmediation.com

By: /s/ James L. Nulman_____
James L. Nulman, Mediator

Copies to:
All counsel of
record via CM/ECF